UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:17-cr-00035-TWP-CSW |
| | ) | |
| JEROME L. SCHAEFER, | ) | -01 |
| | ) | |
| Defendant. | ) | |

### ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE AND ADDING GPS CONDITION

This matter is before the Court on Defendant Jerome L. Schaefer's ("Mr. Schaefer") *pro se* Motion for Early Termination of Supervised Release (Dkt. 65). For the reasons explained below, the Motion is **denied** and the Court **adds a condition of 180 days GPS monitoring**.

### I.      DISCUSSION

Mr. Schaefer pled guilty to one count of possession of sexually explicit material involving minors and on June 22, 2018 he was sentenced to 40 months imprisonment followed by 10 years of supervised release (Dkts. 40, 43).  The offense conduct included him possessing more than 300, but less than 600 images of child pornography, including material that portrayed prepubescent minors under the age of 12 engaging in sex acts and sexually explicit poses. Mr. Schaefer began supervised release on June 8, 2021, and he has completed approximately 5 years of supervision.

On June 1, 2026, Mr. Schaefer filed his request for early termination of supervision falsely stating that he was sentenced in August 2018 after pleading guilty to Wire and Mail Fraud, that he was released in December 2020 and began supervision on June 2, 2018. Mr. Schaefer also provided a return address in Virginia, and falsely asserted in his motion that the probation department supports his request for early termination of his supervised release. (Dkt. 65 at 1). Mr. Schaefer

writes that he is an excellent candidate for early termination of supervision because he has worked hard, he has tendered letters of support from employers, he understands his past mistakes and he intends to move forward to a positive future. *Id*. at 2.

The Government opposes early termination of supervised release based on the nature of the conviction and argues that "[p]ersons like the defendant pose a danger to minors in the community. Continuing with supervised release conditions will assist the defendant in keeping his sexual interest in minors under control knowing he risks serious sanctions for violating conditions while on supervision." (Dkt. 72 at 5). The Government notes that continued monitoring by the probation department will lock in "compliant behavior for the longest possible time [which] increases the chances for the defendant to stop offending in the future when supervision will end pursuant to the Court's original sentencing order." *Id*.

Despite his assertions otherwise, Mr. Schaefer's probation officer reports that he does not support the request, rather it is opposed. The probation officer states that although Mr. Schaefer has been compliant with the sex offender registry, has worked full time, and has been discharged from his sex offender treatment, "Shafer has consistently tested the boundaries of instructions given by his officer." (Dkt. 69).  No violations have been filed; however, Mr. Schaefer has been called into the U.S. Probation Office on multiple occasions to address poor judgment and he has submitted to seven polygraph examinations which has shown deception. *Id*. In this sexual history disclosure polygraph, Mr. Schaefer's admitted disclosures often involved contact with minors and he admits to having sexual thoughts or fantasies of underage children. *Id*. Most troubling is that Mr. Schaefer reports his current address to be in Richlands, Virginia, however, Mr. Schaefer has never requested nor received permission to travel outside of Indiana, his home district. Due to the concerns regarding his potential whereabouts, possibly in Richlands, Virgina, the probation office

respectfully recommends that Mr. Schaefer's conditions be modified to include 180 days of location monitoring with GPS. *Id*. at 2.

The law provides the Court with the discretion to grant early termination "after one year of supervised release has elapsed and after the court considers certain factors in 18 U.S.C. § 3553(a), if the defendant's conduct and the interests of justice so warrant." *United States v. Lowe*, 632 F.3d 996, 998 (7th Cir. 2011). The Court has considered Mr. Schaefer's circumstances and conduct. There are concerns that he has relocated to Virginia without permission of his probation officer or the Court, and his motion contains several misrepresentations. In addition, despite some positive progress, Mr. Schaefer has not been fully complaint with the conditions of his supervision. The Court agrees with the Government and Probation Officer at present, for the safety of the community, Mr. Schaefer's conduct does not warrant early termination of supervised release. Accordingly, his motion is **denied**.

## II.    CONCLUSION

For the reasons stated above, the Court concludes that Mr. Schaefer's conduct is not consistent with the requirements for early termination at present, and early termination of supervision is not in the interest of justice. Accordingly, Mr. Schaefer's request for early termination of supervised release, Dkt. [65], is **DENIED**.

Due to the concerns regarding Mr. Schaefer's whereabouts, possibly in Richlands, Virgina, the probation officer's request to modify Mr. Schaefer's conditions to include 180 days of location monitoring with GPS is **GRANTED**. Shaefer has not consented to the modification, and the Court will afford him **14 days from the date of this Order** to file any objection to the modification. If nothing is filed, the GPS requirement will go into effect **July 10, 2026**.

IT IS SO ORDERED.

Date:    6/26/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Dennis Lee Brinkmeyer
karie@blackardbrinkmeyer.com

Jeffrey D. Preston
DOJ-USAO
jeffrey.preston@usdoj.gov

Todd Stanton Shellenbarger
UNITED STATES ATTORNEY'S OFFICE - EV
Todd.Shellenbarger@usdoj.gov

Electronic Notice to USPO

Jerome Schaefer
1313 4th St, Apt 3B
Richlands, VA 24641